

Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
August 31, 2017

_____

1
2
3
4
5
6  JEFFREY G. SLOANE, ESQ.
   Nevada Bar No. 000784
7  2520 St. Rose Pkwy, Suite 301
   Henderson, Nevada 89074
8  Telephone: (702) 269-8570
   Facsimile: (702) 837-1650
9  Email: jeff@jsloanelaw.com
   Attorneys for Creditor/Movant
10 CAG ACCEPTANCE, LLC

11                UNITED STATES BANKRUPTCY COURT

12                       DISTRICT OF NEVADA

13 In Re:                            )   In Proceedings Under
                                     )   Chapter 7
14 ANTONIA STAR,                     )
                                     )   BK-S-17-13470-btb
15                                   )
            Debtor.                  )   Trustee: Lenard E. Schwartzer
16                                   )
                                     )   Date: August 29, 2017
17                                   )   Time: 10:00 a.m.
                                     )
18

19         **ORDER GRANTING MOTION FOR RELIEF FROM STAY**

20         Creditor, CAG ACCEPTANCE, LLC's Motion For Relief From Stay having come before

21 this court on August 29, 2017; CAG ACCEPTANCE, LLC, appearing by and through its attorney,

22 Jeffrey G. Sloane, Esq.; ANTONIA STAR ("Debtor"), having failed to appear, although duly

23 noticed; no opposition having been filed; and, for good cause appearing,

24         **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the automatic stay

25 afforded the Debtor pursuant to 11 U.S.C. Section 362 is hereby terminated as to the 2008 HONDA

26 CIVIC HYBRID, VIN NO: JHMFA362X8S015900;

27 . . .

28

1     **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the fourteen (14) day

2 stay imposed under Bankruptcy Rule 4001(a)(3) is waived; and

3     DATED: August 29, 2017

4 SUBMITTED BY:

6 BY /s/ JEFFREY G. SLOANE
JEFFREY G. SLOANE, ESQ.
NEVADA BAR NO. 000784
7 2520 ST. ROSE PKWY, SUITE 301
HENDERSON, NEVADA 89074
8 ATTORNEYS FOR CREDITOR
CAG ACCEPTANCE, LLC

9 APPROVED/DISAPPROVED:

11 BY  DID NOT APPEAR
CHAPTER 7 TRUSTEE
12 LENARD E. SCHWARTZER
2850 S. JONES BLVD., #1
13 LAS VEGAS, NV 89146

14 APPROVED/DISAPPROVED:

16 BY  DID NOT APPEAR
ERNEST A. BUCHE, JR
LAW OFFICE OF ERNEST A. BUCHE, JR.
17 3885 SOUTH DECATUR BLVD., SUITE 2100
LAS VEGAS, NV 89103-5873
18 ATTORNEYS FOR DEBTORS

**ALTERNATIVE METHOD re: RULE 9021**

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement set forth in LR 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

           Counsel appearing:
           Unrepresented parties appearing:
           Trustee:

_X_ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

           Submitted by:

           /s/JEFFREY G. SLOANE, ESQ.
           JEFFREY G. SLOANE, ESQ.
           NEVADA BAR NO. 000784
           2520 ST. ROSE PKWY, SUITE 301
           HENDERSON, NEVADA 89074
           ATTORNEYS FOR CREDITOR
           CAG ACCEPTANCE, LLC

           # # #